■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIE GLOVER, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Appeal unanimously dismissed. (See *People ex rel. Wilder v Markley,* 26 NY2d 648.) (Appeal from judgment of Wyoming

County Court denying application for writ of habeas corpus.) Present—Marsh, P. J., Moule, Mahoney, Goldman and Witmer, JJ.